## KROTINE, et v LINK, et

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided May 12, 1930

For full opinion see 32 O L R 633; 173 NE 443; 36 Oh Ap 537 (Oh Bar 1-13-31).